IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DENNIS CRESPIN AND**
**SHERRY CRESPIN,**

**Plaintiffs,**

**vs.**                                                                 **Cause No. 10-cv-0881 KBM/WDS**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

**Defendant.**

**ORDER ON PLAINTIFFS' MOTION TO COMPEL**

This matter came before the Court on August 10, 2011 on Plaintiffs' Motion to Compel Discovery. (Document No. 45). The Court has reviewed the pleadings and heard the arguments of counsel. Being fully advised in this matter, the Court rules as follows:

1. The documents designated as confidential by Defendant will be deemed confidential, to be used only in this litigation. Defendant will deliver the original Bates stamped documents to the offices of Plaintiffs' attorney for review and copying. Once Plaintiff's attorney has completed his review he will notify the attorney for the Defendant, who will pick up the original documents. If Plaintiffs' counsel wishes to challenge the confidentiality of any documents, he may do so by motion after the document review is complete.

2. Request for Production 8 and 9: Defendant will produce these documents subject to the confidentiality ruling above.

3. Request for Production 16: Defendant will amend its answer to reflect that no such documents exist.

4. Request for Production 11-15, 18-20: Denied as overbroad.

5. Request for Production 24 and 35 and all other matters: Resolved by the parties.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge